**Opinion filed January 26, 2012**



# In The

# Eleventh Court of Appeals

_____

## Nos. 11-11-00114-CR & 11-11-00115-CR

_____

### CHERYL ANN CHICK, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause Nos. 22365 & 22366**

## MEMORANDUM OPINION

In each case on appeal, Cheryl Ann Chick has filed in this court a motion to dismiss her appeal, stating that she wishes to withdraw her notices of appeal and dismiss these appeals pursuant to TEX. R. APP. P. 42.2. In compliance with Rule 42.2, the motions are signed by both appellant and her counsel.

The motions are granted, and the appeals are dismissed.

January 26, 2012                                                              PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.